### FITZGERALD v. KELLY. (No. 7866.)

(Supreme Court, Appellate Division, First Department. November 5, 1915.)

Appeal from Appellate Term, First Department.

Action by Harry J. Fitzgerald against Walter C. Kelly. An order of the City Court, holding defendant in contempt of court and fixing his fine, was affirmed by the Appellate Term, and he appeals. Modified and affirmed.

See, also, 153 N. Y. Supp. 1114.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Arthur F. Driscoll, of New York City, for appellant.

A. S. Barnes, of New York City, for respondent.

PER CURIAM. The determination appealed from is modified, by directing that the order holding defendant in contempt be modified by reducing the amount of the fine imposed upon the defendant to the sum of $647.32, made

up of the judgment, $599.34, with interest thereon, $17.98, and the costs of the proceedings, $30; total, $647.32. As so modified, the determination of the Appellate Term is affirmed, without costs.

INGRAHAM, P. J., and SCOTT, J., dissent, and vote to reduce the fine to the sum of $250.